IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM B. ANDERSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JORGE MENDEZ,<br><br>　　　　　　　　　　Defendant. | 2:23-cv-02375-SCR<br><br>ORDER GRANTING DEFENDANT'S MOTION TO OPT OUT OF EARLY SETTLEMENT CONFERENCE AND LIFTING STAY |

　　　Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. In an order filed August 20, 2024, the court referred this case to the court's Post-screening Alternative Dispute Resolution ("ADR") program. On October 14, 2023, defendant filed a motion to opt out of the ADR program. (ECF No. 21.) Defendant's counsel states that they reviewed the case with their supervisor, discussed possible settlement with plaintiff, and believe that defendant has meritorious defenses to plaintiff's claims. Because defendant has shown that a settlement conference would not be productive at this time, this court will grant defendant's motion.

////

////

Good cause appearing, IT IS HEREBY ORDERED that

1. Defendant's motion to opt out of the ADR program (ECF No. 21) is granted.
2. The stay of these proceedings entered on August 20, 2024, is lifted.
3. Defendants shall a file a responsive pleading to the first amended complaint within 30 days of the date of this order.

DATED: October 28, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE